1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   ARTHUR D'AMARIO, III,              )    No. CV 10-2860-MMM(CW)
                                        )
13                 Petitioner,          )    ORDER ACCEPTING REPORT
                                        )    AND RECOMMENDATION OF
14         v.                           )    UNITED STATES
                                        )    MAGISTRATE JUDGE
15   T. A. BANKS (Warden),              )
                                        )
16                 Respondent.          )
     _____)
17

18

19         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

20   records on file, and the Report and Recommendation of the United

21   States Magistrate Judge.  The court has engaged in a <u>de novo</u> review of

22   those portions of the Report and Recommendation to which objection has

23   been made.  The court accepts the findings and recommendation of the

24   Magistrate Judge.

25   //

26   //

27   //

28   //

                                        1

1    **IT IS THEREFORE ORDERED**: (1) that Respondent's motion to dismiss

2  (docket no. 11, filed August 30, 2010) be granted; and (2) that

3  judgment be entered dismissing the petition for lack of jurisdiction.

4

5  DATED: November 21, 2011

6

7                                                    MARGARET M. MORROW
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28