**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR D'AMARIO, III,           )<br>                               )<br>          Petitioner,         )<br>                               )<br>     v.                        )<br>                               )<br>T. A. BANKS (Warden),          )<br>                               )<br>          Respondent.         )<br>_____) | No. CV 10-2860-MMM(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: <u>November 21, 2011</u>

_____
MARGARET M. MORROW
United States District Judge